

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH,**
An Incapacitated Person

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

The en banc court has considered appellants' Motion for En Banc Rehearing filed on May 19, 2021. The motion is DENIED.

It is so **ORDERED** on June 2, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court